TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Senior Litigation Counsel
EREZ R. REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 307-4293
Fax:  (202) 305-7000
E-mail: erez.r.reuveni@usdoj.gov


Attorneys for Defendants


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE


| | |
|---|---|
| SURINDER SINGH, | Case No. 11-CV-2276-PSG |
| Plaintiff, | STIPULATION FOR ORDER OF DISMISSAL |
| v. | |
| CAROL KELLER, *et al.*, | |
| Defendants. | |


Stipulation
11-CV-2276-PSG

## STIPULATION FOR ORDER OF DISMISSAL

This action seeks *de novo* review of Plaintiff Surinder Singh's N-400 application for naturalization pursuant to 8 U.S.C. § 1447(b) or an order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's N-400 application for naturalization pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq.*, and the Mandamus Act, 28 U.S.C. § 1361.  Plaintiff requests that the Court either conduct a *de novo* review of Plaintiff's application or compel USCIS to adjudicate his application.  Defendants' current deadline to answer or otherwise respond to the Complaint is August 5, 2011.

Plaintiff was scheduled for an interview with USCIS regarding his naturalization on July 7, 2011.  Plaintiff did not attend that interview.  However, the parties have conferred through their counsel.  The parties are in agreement that USCIS will schedule a new interview and that Plaintiff will attend that interview.  USCIS will then adjudicate Plaintiff's N-400 within thirty (30) days of date the interview is completed.

Therefore, the parties HEREBY STIPULATE AND AGREE that this case should be remanded to USCIS for adjudication and issuance of a decision within thirty (30) days after Plaintiff attends a new interview.  The parties further STIPULATE AND AGREE that the Court may make and enter an order dismissing this case without prejudice and without costs or fees to either party pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure.  Plaintiffs agree to not pursue fees or costs under The Equal Access to Justice Act or any other provision of law. The parties request that the Court retain jurisdiction to enforce the terms of this stipulation.

//

//

//

//

//

1    DATED this 26th day of July,  2011.          DATED this 26th day of July, 2011.

2     /s/ Robert B. Jobe                           TONY WEST
     ROBERT B. JOBE                                Assistant Attorney General
3    Law Office of Robert B. Jobe                  Civil Division
     550 Kearny Street Suite 200
4    San Francisco, CA 94108                       DAVID J. KLINE
     415-956-5513                                  Director
5    Fax: 415-840-0308                             Office of Immigration Litigation
     Email: federal@jobelaw.com                    District Court Section
6
                                                   SAMUEL P. GO
7                                                  Senior Litigation Counsel

8                                                   /s/ Erez Reuveni
                                                   EREZ REUVENI
9                                                  Trial Attorney
                                                   United States Department of Justice
10                                                 Civil Division
                                                   Office of Immigration Litigation
11                                                 District Court Section
                                                   P.O. Box 868
12                                                 Ben Franklin Station
                                                   Washington, DC 20005
13                                                 Telephone: 202.307.4293

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation
11-CV-2276-PSG

1

**ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk is directed to send

3  copies of this Order to all counsel of record.  Plaintiff's claims are dismissed without prejudice.

      DATED this 28th day of July, 2011.

4

5                                        _Paul S. Grewal_____

                                          The Honorable Paul Singh Grewal

6                                         United States Magistrate Judge

7

8

9  Presented by:

10   _/s/ Robert B. Jobe_____

11  ROBERT B. JOBE

    Attorney for Plaintiff

12

13   _/s/ Erez Reuveni_____

14  EREZ REUVENI

    Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation
11-CV-2276-PSG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, to which opposing counsel is a member:

Robert B. Jobe
Law Office of Robert B. Jobe
550 Kearny Street Suite 200
San Francisco, CA 94108
415-956-5513
Fax: 415-840-0308
Email: federal@jobelaw.com

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice